```
                              United States Bankruptcy Court
                              Central District of California
In re:                                                                                 Case No. 19-17505-RK
Robert Muasya Muswaya                                                                  Chapter 7
        Debtor
                                        CERTIFICATE OF NOTICE
District/off: 0973-2          User: wkaaumoan            Page 1 of 2                   Date Rcvd: Jul 01, 2019
                              Form ID: 309A              Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2019.
db             +Robert Muasya Muswaya,    17341 Towne Court,    Carson, CA 90746-1162
39645369       +Ad Astra Recovery,    7330 W 33rd Street North,    Wichita, KS 67205-9369
39645370       +Ad Astra Recovery,    7330 West 33rd Street North,    Suite 118,    Wichita, KS 67205-9370
39645375       +Darin Means,    1814 Compton Blvd.,    Compton, CA 90220-2755
39645376       +Eddie Gilkey,    1814 Compton Blvd.,    Compton, CA 90220-2755
39645377       +Josh Etuk,    1814 Compton Blvd.,    Compton, CA 90220-2755
39645378       +Lucille Nelson,    1913 259th Place,    Lomita, CA 90717-3212
39645383       +Payday Express Harbor City,    1204 W. Pacific Coast Highway,    Harbor City, CA 90710-2930
39645384       +Rose Osler,    17341 Town Ct.,    Carson, CA 90746-1162

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: info@wajdalawgroup.com Jul 02 2019 04:47:19      Nicholas M Wajda,
                 Wajda Law Group APC,    11400 W Olympic Blvd Ste 200,    Los Angeles, CA  90064
tr             +E-mail/Text: pmastan@iq7technology.com Jul 02 2019 04:47:29      Peter J Mastan (TR),
                 550 S Hope Street, Suite 1765,    Los Angeles, CA 90071-2669
smg             EDI: EDD.COM Jul 02 2019 08:33:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
                 P.O. Box 826880,    Sacramento, CA  94280-0001
smg             EDI: CALTAX.COM Jul 02 2019 08:33:00      Franchise Tax Board,   Bankruptcy Section MS: A-340,
                 P.O. Box 2952,    Sacramento, CA  95812-2952
smg             E-mail/Text: finance.bankruptcy@lacity.org Jul 02 2019 04:47:32      Los Angeles City Clerk,
                 P.O. Box 53200,    Los Angeles, CA  90053-0200
39645371       +EDI: CAPITALONE.COM Jul 02 2019 08:33:00      Capital One,   Po Box 30281,
                 Salt Lake City, UT 84130-0281
39645372       +EDI: CAPITALONE.COM Jul 02 2019 08:33:00      Capital One,   Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
39645373       +EDI: RCSFNBMARIN.COM Jul 02 2019 08:33:00      Credit One Bank,   Po Box 98872,
                 Las Vegas, NV 89193-8872
39645374       +EDI: RCSFNBMARIN.COM Jul 02 2019 08:33:00      Credit One Bank,   Attn: Bankruptcy Department,
                 Po Box 98873,    Las Vegas, NV 89193-8873
39645380       +EDI: RESURGENT.COM Jul 02 2019 08:33:00      LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,
                 Po Box 10497,    Greenville, SC 29603-0497
39645379       +EDI: RESURGENT.COM Jul 02 2019 08:33:00      LVNV Funding/Resurgent Capital,   Po Box 1269,
                 Greenville, SC 29602-1269
39645382       +EDI: MERRICKBANK.COM Jul 02 2019 08:33:00      Merrick Bank/CardWorks,   Attn: Bankruptcy,
                 Po Box 9201,    Old Bethpage, NY 11804-9001
39645381       +EDI: MERRICKBANK.COM Jul 02 2019 08:33:00      Merrick Bank/CardWorks,   Po Box 9201,
                 Old Bethpage, NY 11804-9001
39645386       +EDI: RMSC.COM Jul 02 2019 08:33:00      Synchrony Bank/Walmart,   Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
39645385       +EDI: RMSC.COM Jul 02 2019 08:33:00      Synchrony Bank/Walmart,   Po Box 965024,
                 Orlando, FL 32896-5024
39645390        EDI: TFSR.COM Jul 02 2019 08:33:00      Toyota Financial Services,   Atty: Bankruptcy Dept,
                 Po Box 8026,    Cedar Rapids, IA 52409
39645387       +E-mail/Text: steve@torranceccu.org Jul 02 2019 04:50:49      Torrance Community Fcu,
                 2377 Crenshaw Blvd,    Torrance, CA 90501-3344
39645388        EDI: TFSR.COM Jul 02 2019 08:33:00      Toyota Financial Services,   P.O. Box 4102,
                 Carol Stream, IL 60197-4102
39645389       +EDI: TFSR.COM Jul 02 2019 08:33:00      Toyota Financial Services,   Po Box 9786,
                 Cedar Rapids, IA 52409-0004
                                                                                               TOTAL: 19

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2019                                  Signature:   /s/Joseph Speetjens

```
District/off: 0973-2          User: wkaaumoan           Page 2 of 2              Date Rcvd: Jul 01, 2019
                              Form ID: 309A             Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2019 at the address(es) listed below:
              Nicholas M Wajda     on behalf of Debtor Robert Muasya Muswaya info@wajdalawgroup.com,
               r47098@notify.bestcase.com
              Peter J Mastan (TR)    peter.mastan@dinsmore.com,
               pmastan@iq7technology.com;travis.terry@dinsmore.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 3
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Robert Muasya Muswaya** | Social Security number or ITIN  xxx–xx–0742 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Central District of California** | Date case filed for chapter  **7**   **6/28/19** |
| Case number: | **2:19–bk–17505–RK** | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | | **About Debtor 2:** |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Robert Muasya Muswaya | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 17341 Towne Court<br>Carson, CA 90746 | | |
| 4. | **Debtor's attorney**<br>Name and address | Nicholas M Wajda<br>Wajda Law Group APC<br>11400 W Olympic Blvd Ste 200<br>Los Angeles, CA 90064 | | Contact phone 310–997–0471<br>Email _____ |
| 5. | **Bankruptcy trustee**<br>Name and address | Peter J Mastan (TR)<br>550 S Hope Street, Suite 1765<br>Los Angeles, CA 90071–2627 | | Contact phone 213–335–7739<br>Email _____ |

/
**For more information, see pages 2 and 3 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          page 1

| 6. | **Bankruptcy clerk's office** | 255 East Temple Street, Los Angeles, CA 90012 | Hours Open:  9:00 AM – 4:00 PM |
|---|---|---|---|
|  | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. |  | Contact phone 855–460–9641 |
|  |  |  | Dated: 7/1/19 |
| 7. | **Meeting of creditors** | **August 1, 2019 at 01:30 PM** | Location: |
|  | Debtors must attend the meeting to be questioned under oath by the trustee and by creditors. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>The trustee is designated to preside at the meeting of creditors. The case is covered by the chapter 7 blanket bond on file with the court. | **915 Wilshire Blvd., 10th Floor, Meeting Room 2, Los Angeles, CA 90017** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. |  |
|  | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. |  |  |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/30/19** |
|  |  | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |  |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |  |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |  |

**For more information, see pages 1 and 3 >**

| | | |
|---|---|---|
| **13.** | **Proof of Debtor Identification (ID) and Proof of Social Security Number(SSN)** | The U.S. Trustee requires that individual debtors must provide to the trustee at the meeting of creditors an original picture ID and proof of SSN. Failure to do so may result in the U.S. Trustee bringing a motion to dismiss the case. Permissible forms of ID include a valid state driver's license, government or state–issued picture ID, student ID, military ID, U.S. Passport or legal resident alien card. Proof of SSN includes Social Security Card, current W–2 form, pay stub, payment advice, IRS Form 1099, Social Security Administration Report, or other official document which indicates name and SSN. |
| **14.** | **Failure to File a Statement and/or Schedule(s)** | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial section 341(a) meeting of creditors and any continuance, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section.<br><br>**SI EL DEUDOR NO HA PRESENTADO UNA DECLARACIÓN Y/O LISTA(S) DE ACREEDORES Y/U OTROS DOCUMENTOS REQUERIDOS,** tendrá que hacerlo dentro de un plazo de 14 días a partir de la fecha de presentación de la petición o tendrá que obtener una extensión del plazo para hacerlo. Si no cumple usted este requisito, o si no comparece a la junta 341(a) inicial de acreedores o a cualquier aplazamiento, esto resultará en que se declare sin lugar el caso, a menos de que obtenga un permiso del tribunal. Si no se ha declarado sin lugar el caso del acreedor, Y EL ACREEDOR NO HACE UNA DE LAS SIGUIENTES COSAS DENTRO DE UN PLAZO DE 45 DÍAS A PARTIR DE LA FECHA DE LA PETICIÓN, de acuerdo con lo dispuesto en la sección 521(i)(4) del Código de Quiebras, el juez DECLARARÁ el caso sin lugar a partir de el 46o día después de la fecha de presentación de petición sin más notificación: (1) registrar en actas todos los documentos que requiere la sección 521(a)(1) del Código de Quiebras; o (2) registrar y hacer entrega formal de una moción para pedir una orden que extienda el tiempo en que se pueden registrar en actas los documentos que requiere dicha sección. |
| **15.** | **Bankruptcy Fraud and Abuse** | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017. |

For more information, see pages 1 and 2 >

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                    page 3